IN THE UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NICHOLAS KNOPICK**                                             PLAINTIFF

Vs.                          CASE NO. 5:15-CV-5073

**Marion County, Arkansas, John Doe** (as
Personal representative of the estate of Roger Vickers),
**Joan Vickers** (in her official capacity as interim
Sheriff of Marion County, Arkansas),
**Deputy Sheriff George Caldarera** (individually),
**Jodi Breedlove**, and **Michael Breedlove**                    DEFENDANTS

## ENTRY OF APPEARANCE

Comes now, Blair Arnold, Casey Castleberry, and Bill Arnold, attorneys for Nicholas Knopick, plaintiff herein, hereby states to the court as follows:

1. That Blair Arnold, Casey Castleberry, and Bill Arnold hereby enter their appearance as attorneys for Nicholas Knopick, plaintiff herein.

2. That the Clerk and other counsel should note the entry of appearance as counsel for plaintiff.

3. That the appropriate information for said attorneys is as follows:

>Blair Arnold (78004)
>P.O. Box 2595
>Batesville, AR  72503
>Phone:  (870) 793-3821
>Fax:  (870) 7930949
>Email:  mbarnold@swbell.net

        P.O. Box 2595
Batesville, AR 72503
Phone: (870-793-3821
Fax: (870) 7930949
Email: caseycastleberry2003@yahoo.com

Bill Arnold (2013031)
P.O. Box 2595
Batesville, AR 72503
Phone: (870-793-3821
Fax: (870) 7930949
Email: attorneybillarnold@gmail.com

Wherefore, counsel hereby enters their appearance as counsel for Nicholas Knopick, plaintiff herein.

NICHOLAS KNOPICK, PLAINTIFF

By: /s/ Blair Arnold
    Blair Arnold (78004)
    Murphy, Thompson, Arnold, Skinner
      & Castleberry
    P.O. Box 2595
    Batesville, AR 72503
    Phone: (870-793-3821
    Fax: (870) 7930949

    Casey Castleberry (2003109)
    P.O. Box 2595
    Batesville, AR 72503
    Phone: (870-793-3821
    Fax: (870) 7930949

    Bill Arnold (2013031)
    P.O. Box 2595
    Batesville, AR 72503
    Phone: (870-793-3821
    Fax: (870) 793-0949

                                    Jeff H. Lehman (24055836)
                                    Jeff H. Lehman, P.C.
                                    211 N. Record, Suite 450
                                    Dallas, TX 75202
                                    Phone: (214) 748-0681
                                    Fax: (214) 742-7313

                                    Jim Lingle (76070)
                                    Lingle Law Firm
                                    110 S. Dixieland Road
                                    Rogers, AR 72758
                                    Phone: (479) 636-7899
                                    Fax: (479) 4941

## CERTIFICATE OF SERVICE

I, Blair Arnold, hereby certify that on December 17, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                    /s/ Blair Arnold
                                    Blair Arnold