IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NICHOLAS KNOPICK**
PLAINTIFF

CASE NO. 5:15-CV-5073

Vs.

**Marion County, Arkansas, John Doe** (as
personal representative of the estate of Roger Vickers),
**Joan Vickers** (in her official capacity as interim
Sheriff of Marion County, Arkansas),
**Deputy Sheriff George Caldarera** (individually),
**Jodi Breedlove,** and **Michael Breedlove**
DEFENDANTS

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

COMES NOW Jeff H. Lehman, in the above-styled cause, and files this Unopposed Motion for Leave to Withdraw as Counsel ("Motion"), and respectfully states as follows:

1. On June 1, 2015, Jeff H. Lehman, through Jeff H. Lehman P.C. ("Lehman PC"), filed a motion *Pro Hac Vice* to appear on behalf of Plaintiff Nicholas Knopick. That motion was granted and, on June 4, 2015, Lehman PC entered an appearance on behalf of Plaintiff.

2. During the pendency of this litigation, an irreconcilable conflict has developed between Plaintiff and Lehman PC, thereby preventing Lehman PC from continuing to represent Plaintiff. In addition, Plaintiff has had intermittent and limited communication with Mr. Lehman and Lehman PC, thereby further preventing them from representing Plaintiff.

3. Mr. Knopick hired new counsel in this matter. On December 12, 2015, Blair Arnold, Bill Arnold and Casey Castleberry of Murphy, Thompson, Arnold, Skinner and Castleberry entered their appearance on behalf of Mr. Knopick. Since then, Lehman PC has

transferred the client file to Mr. Knopick's new counsel, and Murphy, Thompson, Arnold, Skinner and Castleberry has assumed the representation of Mr. Knopick.

4. On March 10, 2016 and March 15, 2016 electronic mails were sent to Mr. Knopick indicating Mr. Lehman's intent to withdraw; however, Mr. Lehman has not received any reply or communication from Mr. Knopick. Mr. Lehman has also attempted to raise Mr. Knopick on the telephone to no avail.

5. Granting this motion will not result in any prejudice to Mr. Knopick or the Defendants.

WHEREFORE, Jeff H. Lehman respectfully requests the Court grant this Motion for Leave to Withdraw as Counsel for Nicholas Knopick.

Dated: March 16, 2016

Respectfully submitted,

/s/ Jeff Lehman

JEFF H. LEHMAN
Jeff H. Lehman, P.C.
Texas Bar #24055836
*Pro Hac Vice*
211 N. Record St., Suite 450
Dallas, TX 75202
(214) 748-0681
(214) 742-7313 Facsimile
jeff.lehman@jhlpc.com

ATTORNEY FOR THE PLAINTIFF,
NICHOLAS KNOPICK

## CERTIFICATE OF CONFERENCE

      The undersigned certifies that on March 16, 2016, he discussed this motion to withdraw via telephone with Tom Kieklak, Lead Attorney for the Breedloves, and he is unopposed.  Also on March 16, 2016, the undersigned discussed this motion to withdraw with Geoff Thompson, Lead Attorney for the county defendants, and he is not opposed.

                                                  /s/ Jeff Lehman
                                                    Jeff Lehman

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system on all counsel of record who have consented to electronic service on March 16, 2016.  All other parties or counsel who have not received notice pursuant to the CM/ECF system have served with a true and correct copy of the foregoing by regular mail on March 16, 2016.

                                                  /s/ Jeff Lehman
                                                   Jeff Lehman