IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NICHOLAS KNOPICK                                                PLAINTIFF

v.                       CASE NO. 5:15-CV-5073

MARION COUNTY, ARKANSAS; JOHN DOE
(as Personal Representative of the Estate of
Roger Vickers); JOAN VICKERS (in Her Official
Capacity as Interim Sheriff of Marion County,
Arkansas); DEPUTY SHERIFF GEORGE CALDERIA
(CALDARERA) (Individually and in his Official Capacity);
JODI BREEDLOVE; and MICHAEL BREEDLOVE        DEFENDANTS

## ORDER

**IT APPEARING** to the Court that certain matters have been settled, counsel for all parties having so advised the Court, **IT IS ORDERED** that all claims against Marion County, Arkansas; John Doe (as Personal Representative of the Estate of Roger Vickers, former Sheriff of Marion County, Arkansas); Joan Vickers (in her official capacity as Interim Sheriff of Marion County, Arkansas); and Deputy Sheriff George Calderia (Caldarera) (individually and in his official capacity) are **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**IT IS FURTHER ORDERED** that, due to the dismissal of the claims against the Marion County, Arkansas Defendants, the pending Motion for Summary Judgment (Doc. 44) is **MOOT**.

Claims against Defendants Jodi and Michael Breedlove remain pending at this time.

**IT IS SO ORDERED** this 17th day of March, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE